IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:08-M-1588

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS BRADLEY | ) | |
| | ) | |
| Defendant. | ) | |

This Cause comes before the Court on the Government's Notice of Withdrawal of its Motion to Stay the Court's Order Setting Conditions of the Defendant's Release. **[DE-9]**. For good cause shown, this request is GRANTED. The Defendant shall be released subject to the Order Setting Conditions of Release entered by this Court on Thursday, October 23, 2008. **[DE-7]**.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 27th day of October, 2008.

William A. Webb
U.S. Magistrate Judge